IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-cv-00104-RLV-DSC

| | |
|---|---|
| JAMES KNOWLAND BEST, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| TIME WARNER, INC., WARNER BROS. | ) |
| ENTERTAINMENT INC., LICENSING | ) |
| CORPORATION OF AMERICA, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MEMORANDUM AND ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel Answers to Plaintiff's First Set of Interrogatories and Requests for Production of Documents" (document #17) filed February 20, 2012, and the parties' associated briefs and exhibits. See documents ##17-1 through 17-5, 18 and 19).

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

The Court notes at the outset that Plaintiff's brief is replete with language and references that are wholly inappropriate. See document #17-1. Sections of his brief are titled "Hiding Behind Hollywood Accounting" and "Hiding Behind a Counterfeit License to Commit Fraud." Id. at 1. Plaintiff's counsel refers to Defendants as "controlling the back end of the donkey." Id. at 2. Plaintiff's brief also cites to Wikipedia, singer Neil Young, and an old episode of "The Dukes of Hazzard" television series as authorities. The Court warns Plaintiff's counsel against including any such material in future pleadings.

Plaintiff's Motion asserts that Defendants' responses to Plaintiff's First Set of Interrogatories 2, 3, 4, 5, 6, 11, 13 and 14 together with related Requests for Production of Documents are "effectively, no responses at all; answers given by Defendants are evasive and incomplete; and objections raised by Defendants are, in large part, baseless." Document #17 at 1.

In response, Defendants credibly argue that Plaintiff's counsel did not confer with defense counsel prior to filing this Motion in violation of Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 7.1(B).

On March 1, 2012, Defendants produced an additional 822 pages of discovery documents.

The Court has carefully examined the record, the parties' arguments and the applicable authorities. The Court finds that Plaintiff's discovery requests are vague and overbroad. Rather than identify specific information that Defendants have failed to identify or produce, Plaintiff's briefs contain only summary descriptions of the alleged insufficiencies of Defendants' responses.

For these and the other reasons cited in Defendants' brief, Plaintiff's Motion is <u>denied</u>.

**NOW THEREFORE, IT IS ORDERED**:

1. Plaintiff's "Motion to Compel Answers to Plaintiff's First Set of Interrogatories and Requests for Production of Documents" (document #17) is **DENIED**.

2. The Clerk is directed to send copies of this Memorandum and Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: March 20, 2012

David S. Cayer
United States Magistrate Judge